**ALL DENOMINATIONAL NEW
CHURCH, Appellant,**

v.

**JACKSON COUNTY, MISSOURI,
Appellee.**

No. 01–2514.

United States Court of Appeals,
Eighth Circuit.

Submitted Dec. 6, 2001.

Decided Dec. 11, 2001.

Before BOWMAN, BEAM, and
LOKEN, Circuit Judges.

---

[UNPUBLISHED]

PER CURIAM.

After the All Denominational New Church (the Church) filed a petition for bankruptcy, the bankruptcy court[1] granted creditor Jackson County's motion for relief from the automatic bankruptcy stay. *See* 11 U.S.C. § 362(d)(1). Upon appeal, the district court[2] affirmed and denied the Church's motion for reconsideration. We dismiss the Church's appeal to this court as moot because the property the Church seeks to protect has been sold to third parties, and there is therefore no effective relief we could grant. *See Van Iperen v. Prod. Credit Ass'n,* 819 F.2d 189, 191 (8th Cir.1987) (per curiam).

Accordingly, we dismiss the appeal.

---

1. The HONORABLE ARTHUR B. FEDERMAN, Chief Judge, United States Bankruptcy Court for the Western District of Missouri.

2. The HONORABLE SCOTT O. WRIGHT, United States District Judge for the Western District of Missouri.